CECELIA L. McDONALD, an Infant, by WILLIAM McDONALD, Her
   Guardian ad Litem, Respondent, *v.* CENTRAL SCHOOL DISTRICT
   No. 3 OF THE TOWNS OF ROMULUS, VARICK and FAYETTE, SENECA
   COUNTY et al., Appellants.

Argued November 23, 1942; decided January 14, 1943.

*James M. Ryan* and *Mial V. B. Smith* for appellants.

*Perry E. Leary* and *Charles A. Cusick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: FINCH, RIPPEY, CONWAY and DESMOND, JJ.  Dissenting: LEHMAN, Ch. J., LOUGHRAN and LEWIS, JJ.